IN THE UNITED STATES DISTRICT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| JAMES L. TOLAR, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 5:05-06017-CV-W-DW |
| THE MISSOURI GAMING COMPANY, | ) |
| Defendant. | ) |

ORDER

Pending before the Court is the parties' Joint Dismissal With Prejudice (Doc. 53). Plaintiff moves the Court to dismiss this case with prejudice with parties to bear their own costs. Defendant joins the motion. (Doc. 54). Pursuant to the stipulation of the parties, the Court ORDERS that the above-captioned case be DISMISSED WITH PREJUDICE. See Fed. R. Civ. P. 41(a)(1). The clerk of the court shall mark this case as closed.

IT IS SO ORDERED.

/s/ DEAN WHIPPLE

Dean Whipple
United States District Judge

Date: May 31, 2006